**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AYANNA AYISHA COLEMAN o/b/o,
O.C., a minor

        Plaintiff,

    v.

ANDREW SAUL,
In his official capacity as
Commission of Social Security,

        Defendant.

Case No. 18-127 (EGS/GMH)

## ORDER

Plaintiff Ayanna Coleman is the mother of O.C., a child residing in the District of Columbia during the period relevant to this litigation. Ms. Coleman has brought this action seeking to reverse the final decision of the Commissioner of Social Security, Andrew Saul, terminating plaintiff's Supplemental Security Income ("SSI") benefits under the Social Security Act, 42 U.S.C. § 405(g). *See* ECF No. 1. In the alternative, Ms. Coleman asks this Court to remand the case to the Commissioner for further administrative proceedings. Pl.'s Mot., ECF No. 15. Defendant agrees with plaintiff's alternative request, and has filed a motion to remand. Def.'s Mot., ECF No. 16.

On April 10, 2019, the Court referred this case to a randomly assigned magistrate judge for Report and Recommendation ("R&R") on both motions. *See* Min. Order (4/10/2019). Magistrate

1

Judge G. Michael Harvey issued an R&R on plaintiff's motion for judgment of reversal and defendant's motion to remand to Social Security. *See* R&R, ECF No. 19. The Court has carefully reviewed the R&R and, having received no objections to the R&R pursuant to Local Civil Rule 72.3(b), accepts the findings and adopts the recommendations of Magistrate Judge Harvey contained in the R&R. Accordingly, it is hereby

**ORDERED** that plaintiff's motion for judgment is **GRANTED IN PART and DENIED IN PART**; and it is further

**ORDERED** that defendant's motion for remand is **GRANTED**; and it is further

**ORDERED** that this case shall be remanded to the Commissioner for proceedings consistent with the recommendations of the R&R adopted by the Court herein.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**          United States District Judge**
**          December 11, 2019**

2